JS-6

IN THE UNITED STATE DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD SHANE, | Case No. EDCV 20-859-GW-SHKx |
| *Plaintiff*, | |
| v. | **FINAL JUDGMENT OF NON-INFRINGEMENT** |
| NEWELL BRANDS INC., et al., | |
| *Defendants*. | |

Having granted Defendants Newell Brands Inc. and Graco Children's Products, Inc.'s Motion for Summary Judgment of Non-Infringement, and for the reasons stated in the Court's now final ruling (ECF Nos. 119, 121) and at the May 26, 2022 hearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED that:

    1) Defendants do not infringe the asserted claims of U.S. Patent No. 8,776,285;

    2) Defendants do not infringe the asserted claims of U.S. Patent No. 9,883,752;

    3) Final judgment of non-infringement is entered in favor of Defendants Newell Brands Inc. and Graco Children's Products, Inc. against Plaintiff Richard Shane's claims of infringement of U.S. Patent No. 8,776,285 and U.S. Patent No. 9,883,752;

    4) Plaintiff shall take nothing by his Complaint;

    5) Defendants are awarded their costs.

SO ORDERED this 1st day of June, 2022.

*[signature: George H. Wu]*

HON. GEORGE H. WU,
United States District Judge